RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/6/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILL JILES | CIVIL ACTION NO. 3:10-cv-0911 |
| VERSUS | SECTION P |
| RUFUS CARTER, ET AL. | JUDGE ROBERT G. JAMES |
| | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

MONROE, LOUISIANA, this 6 day of May, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE